UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SEAN WEISNER, | § | |
|       Petitioner, | § | |
| | § | |
| v. | § | No. 3:20-cv-03767-B (BT) |
| | § | |
| COURT OF APPEALS, | § | |
|       Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSION, AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

On May 6, 2021, the Court, adopting in full the Magistrate Judge's findings, conclusion, and recommendation, issued judgment, dismissing Petitioner Sean Weisner's petition for a writ of mandamus without prejudice for lack of subject matter jurisdiction. *See* docs. 13, 14. On May 17, 2021, Weisner filed a "Motion for Leave to Amend Judgment Pursuant to Fed. R. Civ. P. 59(e)." *See* doc. 16. On June 4, 2021, the Magistrate Judge issued findings, conclusions, and a recommendation, recommending that Weisner's motion to amend the judgment should be denied. *See* doc. 18.

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge dated June 4, 2021, the Court finds that the findings and recommendation of the Magistrate Judge are correct, and it therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are **ACCEPTED** and that Weisner's "Motion for Leave to Amend Judgment Pursuant to Fed. R. Civ. P. 59(e)" is **DENIED**. The May 6, 2021 Judgment remains in effect.

SO ORDERED

DATED: October 19, 2021.

                                                                                                                _____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE